## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-53358
Case Name: WELLER, JANE C.
Trustee Name: Robert S. Thomas II

Claims of secured creditors will be paid as follows:

*Claimant*                                          *Proposed Payment*

                           N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | Robert S. Thomas II | $ 1,250.06 | $ 41.48 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*            *Fees*            *Expenses*

UST Form 101-7-TFR (9/1/2009)

FILED 2010 JUL 27 PM 2:56 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

| | | |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 922,057.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 6,143.20 | $ 24.71 |
| 2 | DISCOVER BANK | $ 6,354.44 | $ 25.56 |
| 3 | Chase Bank USA, N.A. | $ 16,916.68 | $ 68.05 |
| 4 | Chase Bank USA, N.A. | $ 6,708.49 | $ 26.99 |
| 5 | AMERICAN EXPRESS TRAVEL RELATED SERVICES CO INC | $ 10.00 | $ 0.04 |
| 6 | AMERICAN EXPRESS BANK FSB | $ 15,476.95 | $ 62.26 |
| 7 | PYOD LLC its successors and assigns as assignee of | $ 15,419.06 | $ 62.02 |
| 8 | PYOD LLC its successors and assigns as assignee of | $ 20,981.38 | $ 84.40 |
| 10 | AMERICAN EXPRESS CENTURION BANK | $ 12,580.16 | $ 50.60 |

*handwritten: ck # 113 / receipt # 81642*

UST Form 101-7-TFR (9/1/2009)

09-53358-mss    Doc 30    FILED 06/04/10    ENTERED 06/04/10 14:00:24    Page 10 of 11
09-53358-mss    Doc 36    FILED 07/27/10    ENTERED 07/28/10 09:37:28    Page 2 of 2